**DISMISS and Opinion Filed March 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01327-CV

**ERIN STINNETT A/K/A ERIN CHRISTIAN, Appellant**
**V.**
**PRUVIT VENTURES, INC., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03022-2018**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is the parties' March 20, 2019 joint motion to dismiss the appeal. In the

motion, the parties state they have reached a settlement and have agreed to dismiss this appeal.

We grant the motion and dismiss this appeal.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181327F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ERIN STINNETT A/K/A ERIN
CHRISTIAN, Appellant

No. 05-18-01327-CV     V.

PRUVIT VENTURES, INC., Appellee

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-03022-2018.
Opinion delivered by Chief Justice Burns,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered March 26, 2019